RECEIVED
IN LAKE CHARLES, LA

MAR 27 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:98 CR 20058-005 |
| VS. | : | JUDGE MINALDI |
| RONALD P. GREEN | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

IT IS ORDERED, ADJUDGED and DECREED for the reasons stated in open court, the defendant's §2255 motion as it pertains to his conviction under Count 4 of the Superseding Indictment IS GRANTED.

IT IS FURTHER ORDERED that the conviction on Count 4 of the Indictment IS VACATED.

IT IS FURTHER ORDERED that the original Judgment of Conviction dated July 9, 1999, sentencing the defendant to 96 months on Count 4 of the Superseding Indictment IS HEREBY AMENDED to vacate the sentence on Count 4. The remainder of the July 9, 1999 Judgment shall remain unchanged.

Lake Charles, Louisiana, this 27 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE